**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

ZOE L. WILLIAMS,                               )
                                               )
            Plaintiff,                         )
                                               )
v.                                             )        Case No. CIV-16-1457-BMJ
                                               )
NANCY A. BERRYHILL,                            )
Acting Commissioner of                         )
Social Security Administration,                )
                                               )
            Defendant.                         )

## J U D G M E N T

Pursuant to the Memorandum Opinion and Order filed separately this same date, the final

decision of Defendant, Acting Commissioner of the Social Security Administration, denying

Plaintiff's application for disability insurance benefits is AFFIRMED and judgment is entered in

favor of Defendant.

ENTERED this 20th day of December, 2017.

_____
BERNARD M. JONES
UNITED STATES MAGISTRATE JUDGE